UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>16-60027-CR-DIMITROULEAS</u>

UNITED STATES OF AMERICA

vs.

SORIN CONDRACHE,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and SORIN CONDRACHE, (hereinafter also referred to as the "defendant") agree that if this case had gone to trial, the government would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida:

1. In 2015 as part of an ongoing investigation of individuals participating in skimming schemes in the United States, agents from the Federal Bureau of Investigation were contacted by a SunTrust Bank investigator who reported that during the period of March of 2014 through August of 2014, several males were captured on ATM surveillance cameras installing, and maintaining skimming devices and the corresponding concealed cameras from ATMs located at Coconut Creek branch and the Coral Springs branch located in the Southern District of Florida. The devices in each instance were recovered by law enforcement before the criminals could retrieve them.

2. SunTrust Bank Security was able to determine the identity of some of the individuals, including the defendant, and a co-defendant (who has been indicted in a different case

for his activities in South Florida in 2013, 15-60031 Cohn). Agents have reviewed the various ATM and surveillance photographs provided by SunTrust and confirmed the defendant's presence at 25 different skimming events at SunTrust branches in South Florida, North Florida (Tallahassee), Maryland, Virginia, Georgia, North Carolina, and Tennessee. Approximately 2233 cards (both SunTrust and non SunTrust account holders) were skimmed during 34 incidents. SunTrust has identified 885 reported fraud loss cases involving approximately $905,901 in losses.

3. The defendant and other members of the criminal conspiracy were also captured on surveillance video making unauthorized withdrawals of funds from customers' accounts that were compromised.

4. The defendant was involved in the following conduct:

a) March 22, 2014 - Coconut Creek Branch, Coconut Creek, Florida - 11:43 am - Images of the defendant are captured while he is installing a skimmer on the ATM. Approximately ten minutes later, another individual approaches, and puts what is clearly the hidden camera on the ATM. Law enforcement retrieved the skimming device and camera at 3:48 pm.

b) March 22, 2014 - Coral Springs Branch, Coral Springs, Florida - 12:38 pm - Images of the defendant are captured while he is at the ATM. Approximately two minutes earlier, the same individual who was photographed at Coconut Creek installing the camera, appears to be installing a camera on this ATM as well. Law enforcement retrieved the skimming device and camera at 3:02 pm.

c) May 28, 2014 - Betton Hills branch, Tallahassee, Florida - 7:39 am - Images of the defendant are captured while he is installing a skimmer and hidden camera on the ATM. Approximately three hours later, another individual approaches, and appears to be adjusting the

2

hidden camera. Numerous images of individuals conducting cash outs were recorded by the ATM surveillance video at this location over the next several days. Based on the date and time of the use of the card, agents have identified these individuals as participating in the use of the skimmed information to make unauthorized withdrawals from the victims' accounts.

d) May 28, 2014 - Southwood Plantation branch, Tallahassee, Florida - 5:40 pm - Images of the defendant are captured while he is installing a skimmer and hidden camera on the ATM. Approximately three hours later, another coconspirator who has been captured in other photographs, is also photographed at this ATM.

e) May 29, 2014 - Parkway branch, Tallahassee, Florida - 7:03 am - Images of the defendant are captured while he is installing a skimmer and hidden camera on the ATM. Another coconspirator comes to the ATM at 9:34 am and appears to be holding the skimming device. The defendant is seen again at the same ATM at approximately 4:31 pm installing a hidden camera at the ATM. Images of a coconspirator are captured as he removed the skimming device and camera at 8:29 pm. On June 2, two of the accounts that were compromised during the Betton Hills skimming event were cashed out at this ATM.

f) June 18, 2014 - Glen Burnie branch, Glen Burnie, Maryland - 8:02 pm - Images of the defendant are captured while he is installing a skimmer and the hidden camera on the ATM. Another coconspirator is observed removing the skimmer at 9:05 pm. The next day there is a photo of an individual that may be the defendant at the same ATM (same shirt as the day before, similar build). That day, a customer discovers the skimmer about one hour after it is placed on the ATM.

3

g) June 23, 2014 - Ellicott City branch, Laurel, Maryland - 6:33 pm - Images of the defendant are captured while he is installing a skimmer on the ATM. At approximately 8:55 pm another coconspirator is observed removing the skimming device.

h) June 24, 2014 - Bel Air branch, Bel Air, Maryland - 5:45 pm - Images of the defendant are captured while he is installing a skimmer on the ATM.

i) June 28, 2014 - Flower Hill branch, Gaithersburg, Maryland - 8:28 am - Images of the defendant are captured while he is installing the hidden camera on the ATM.

j) July 3, and July 4, 2014 - Cotswold branch, Charlotte, North Carolina - Images of the defendant are captured on July 3, at the ATM at approximately 4:13 pm. The next day, July 4, at approximately 3:57 pm, the defendant returned to that ATM. He is also recorded at that same ATM on July 10th. According to SunTrust records, skimming activities occur on July 4th and 10th. Another coconspirator is observed at the same ATM on July 4th at 6:32 pm.

k) July 4, 2014 - Mooresville branch, Mooresville, North Carolina - 10:22 am - Images of the defendant are captured while he is installing the hidden camera on the ATM. At approximately 9:03 pm another coconspirator is observed removing the skimming device.

l) July 5, 2014 - Cureton branch, Waxhaw, North Carolina - 8:41 am - Images of the defendant are captured while he is installing a hidden camera on the ATM. At approximately 8:20 pm another coconspirator is observed removing the skimming device.

m) July 5, 2014 - Indian Trail branch, Indian Trail, North Carolina - 11:02 am - Images of the defendant are captured while he is installing a hidden camera on the ATM. At approximately 8:14 pm another coconspirator is observed removing the skimming device. On July 11, 2014 at 7:25 am, images of an individual who resembles the defendant were captured while he is installing

4

a skimming device on the ATM. At approximately 10:57 pm another coconspirator is observed removing the devices.

n) July 11, 2014 - Blakeney branch, Charlotte, North Carolina - 6:57 am - Images of the defendant are captured while he is installing a skimmer on the ATM. At approximately 10:21 pm, another coconspirator is observed removing the skimming device. Of the 147 cards that were skimmed at this location over a two day period, 84 were used in and around the Charlotte area to withdraw $106, 027.50 from various ATMs. The defendant is clearly identifiable in the surveillance video from two withdrawals on July 12th at two different ATMs.

o) July 17, 2014 - Gunbarrel Road branch, Chattanooga, Tennessee - 8:20 am - Images of the defendant are captured while he is installing the skimmer and the hidden camera on the ATM. At approximately 8:33 pm another coconspirator is observed removing the skimming device. A skimmer is placed on this same ATM on July 18th, but the images are not clear enough to determine who installed the skimmer device.

p) July 17, 2014 - Snow Hill branch, Ooltewah, Tennessee - 2:07 pm - Images of the defendant are captured while he is installing the skimmer and the hidden camera on the ATM. At approximately 8:09 pm another coconspirator is observed removing the skimming device.

q) July 23, 2014 - Laurelwood branch, Memphis, Tennessee - 6:55 am - Images of the defendant are captured while he is installing the skimmer and the hidden camera on the ATM.

r) July 24, 2014 - Uptown branch, Memphis, Tennessee - 7:04 am - Images of the defendant are captured while he is installing the skimming device and a hidden camera on the ATM. The defendant apparently covers the ATMs camera in an attempt to conceal his identity. Overhead surveillance cameras clearly reveal the defendant as he installs the skimmer and puts the

hidden camera on the ATM. At approximately 8:50 pm another coconspirator is observed removing the skimming device.

s) July 25, 2014 - Stonebridge Crossing, Arlington, Tennessee - 9:20 am - Images of the defendant are captured while he is installing the skimmer on the ATM. At approximately 10:18 pm another coconspirator is observed removing the skimming device.

t) August 1, 2014 - Wilshire Pavilion, McDonough, Georgia - 7:08 am - Images of the defendant are captured while he is installing the skimmer and hidden camera on the ATM. The defendant apparently covers the ATMs camera in an attempt to conceal his identity. At approximately 9:13 pm another coconspirator is observed removing the hidden camera. On August 2, 2014, at 7:16, images of the defendant are captured as he installs a skimming device on this ATM again. At approximately 10:21 pm another co-conspirator is observed removing the device and the hidden camera.

u) August 1, 2014 - Henry Town Center, McDonough, Georgia - 7:33 am - Images of the defendant are captured while he is installing the skimmer and hidden camera on the ATM. The defendant apparently covers the ATMs camera in an attempt to conceal his identity, however he is dressed in the same clothes as in the event at the Wilshire Pavilion, and his image is captured by overhead cameras. At approximately 10:33 pm another coconspirator is observed removing the hidden camera. Of the 296 cards captured during this time period, 97 are used to make withdrawals for a total of $64,495. On August 9th, the defendant can be seen making one of the cash outs at a different ATM.

v) August 6, 2014 - Alps Road, Athens, Georgia - 6:54 am - Images of the defendant are captured while he is installing the skimmer and hidden camera on the ATM. Employees of the bank discover the skimmer and it is turned over to law enforcement.

w) August 6, 2014 - Prince Avenue, Athens, Georgia - 7:18 am - Images of the defendant are captured while he is installing the skimmer on the ATM. Employees of the bank discover the skimmer and it is turned over to law enforcement.

5. SunTrust Bank is a financial institution that is insured by the Federal Insurance Deposit Corporation. SunTrust Bank provides banking services in multiple states and is engaged in interstate commerce.

Accordingly, with respect to Count 1 in the indictment, charging the defendant with conspiracy to commit bank fraud, the government has provided sufficient facts to prove beyond a reasonable doubt that: 1) that two or more persons in some way or manner came to a mutual understanding to try to accomplish a common and unlawful plan to commit bank fraud; and 2) that the defendant, knowing the unlawful nature of the plan, and with intent to defraud, joined in it, in violation of 18 U.S.C. §1349.

With respect to Count 4 in the indictment charging the defendant with possession of a device making equipment, the government has provided sufficient facts to prove beyond a

reasonable doubt that, 1) that the defendant knowingly had custody or control of, or possessed device making equipment; 2) that the defendant acted with intent to defraud; and 3) the defendant's conduct affected interstate commerce in violation of 18 U.S.C. §1029 (a)(4).

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 5/11/16

By: _____
CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY

Date: 5/13/16

By: _____
JOHN BERGENDAHL
ATTORNEY FOR DEFENDANT

Date: 5/13/16

By: X _____
SORIN CONDRACHE
DEFENDANT

8